# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

ROBERT HALL

VERSUS

MEDICAL DIRECTOR; NURSE
ALANA SEAY AND STATE OF
LOUISIANA THROUGH LOUISIANA
DEPARTMENT OF PUBLIC SAFETY
AND CORRECTIONS RAYBURN
CORRECTIONAL CENTER

NO. 2022 CW 0925

**NOVEMBER 21, 2022**

---

In Re: Robert Hall, applying for supervisory writs, 22nd Judicial District Court, Parish of Washington, No. 113866.

---

**BEFORE: THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT GRANTED WITH ORDER.** The district court's April 19, 2022 judgment granting the exception of lack of subject matter jurisdiction filed by defendants, the State of Louisiana through Louisiana Department of Public Safety & Corrections via Rayburn Correctional Center, Robert Cleveland and Alana Seay, is an appealable judgment. See La. Code Civ. P. art. 1915(B)(1). Therefore, the writ is granted for the limited purpose of remanding the case to the district court with instructions to grant plaintiff, Robert Hall, an appeal in compliance with La. Code Civ. P. art. 1915(B)(1) pursuant to the pleading that notified the district court of plaintiff's intention to seek writs. See **In re Howard,** 541 So.2d 195, 197 (La. 1989) (*per curiam*). Additionally, a copy of this court's order is to be included in the appellate record.

**WRC**
**CHH**

**Theriot, J.,** would not consider the writ. Rule 4-3 of the Uniform Rules of the Louisiana Courts of Appeal provides that the return date in civil cases shall not exceed thirty days from the date of notice of judgment. Notice of the written judgment was mailed on April 19, 2022, and written notice of intent was filed on May 24, 2022, which is more than thirty days after notice of judgment. Accordingly, I find the writ is untimely.

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
FOR THE COURT